## David W. HESS, Claimant–Appellant,

v.

## Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.

### No. 04–7017.

United States Court of Appeals, Federal Circuit.

Feb. 19, 2004.

Martin F. Hockey, Jr., Washington, DC, for respondent–cross appellant.

Mark R. Lippman, La Jolla, CA, for claimant–appellant.

### ORDER

Upon review of David W. Hess's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

The motion is granted. Each side shall bear its own costs.